# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
|   CRAIG H. KELLY ) | CASE NO. 11-54650 |
|   SSN: XXX-XX-7755 ) | CHAPTER 13 |
| ) | JUDGE J. E. HOFFMAN, JR. |
|     And ) | |
| ) | |
|   DENISE L. KELLY ) | |
|   SSN: XXX-XX-0073 ) | |
| ) | |
|     Debtors ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given of the change of address for Debtors, Craig H. Kelly and Denise L. Kelly. The new address of the Debtors is as follows:

Craig H. Kelly
Denise L. Kelly
285 Beechwood Blvd.
Steubenville, OH 43953

Respectfully Submitted,

/s/ D. William Davis
D. William Davis
Atty. Reg. No. 19639
Davis and Kotur Law Office Co. LPA
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
janelledlo@comcast.net
Attorney for Debtors